Douglas G. Wah, Esq.          SBN   64692
dwah@foleymansfield.com
Thomas J. Tarkoff, Esq.       SBN 160994
ttarkoff@foleymansfield.com
**Foley & Mansfield P.L.L.P.**
300 Lakeside Drive, Suite 1900
Oakland, California 94612
Telephone No: (510) 590-9500
Facsimile No:  (510) 590-9595

Attorneys for Defendant
**FLUOR CORPORATION**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY LOCKWOOD,<br><br>              Plaintiffs,<br><br>     vs.<br><br>CRANE CO., et al.,<br><br>              Defendants. | Case No.:   CV 12-01473-JHN-CW<br><br>**DEFENDANT FLUOR CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FLUOR CORPORATION, (hereafter "Defendant"), states as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

1

DEFENDANT FLUOR CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

1  Fluor Corporation has no parent corporation and no publicly held corporation owns
2  10% or more of Defendant's stock
3
4  Dated: April 12, 2012                    FOLEY & MANSFIELD, P.L.L.P.
5
6                                           BY:_____
                                             DOUGLAS G. WAH
7                                            THOMAS J. YARKOFF
                                             Attorneys for Defendant
8                                            FLUOR CORPORATION

# CERTIFICATE OF SERVICE

I am employed in the County of Alameda, California, and I am over the age of 18 years and not a party to the within action. My electronic notification address is keng@foleymansfield.com and my business address is 300 Lakeside Drive, Suite 1900, Oakland, California 94612.

On **April 12, 2012**, the following document(s) were served via CM/ECF Filer:

i **DEFENDANT FLUOR CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **April 12, 2012** at Oakland, California.



_____
Katherine Eng